IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | No. 26-176 C |

**PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (COUNTS I – VI)**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, Plaintiff, the Gateway Development Commission ("GDC"), respectfully moves this Court to enter a scheduling order for expedited briefing on GDC's forthcoming Motion for Partial Summary Judgment on Counts I – VI, which GDC intends to file on February 6, 2026.

This is a straightforward but extraordinary contract case in which an ongoing breach threatens to halt a massive, multibillion dollar infrastructure project whose construction is ongoing. The Department of Transportation ("DOT") agreed to provide approximately $15 billion in funding for GDC's *$16.04 billion* Hudson Tunnel Project ("HTP"). DOT has breached those agreements by withholding $205,275,358 in reimbursements for GDC's project costs. DOT has furnished no legally or contractually cognizable justification for its nonperformance. Indeed, DOT has made no finding of *any* violation of the agreements or the governing laws and regulations. Nor has DOT even attempted to satisfy the contractually specified procedures for addressing any such violation.

DOT's breaches have devastating consequences for the Hudson Tunnel Project. On February 6—just four days from today—the lack of funding will force GDC to suspend work on

the project, leaving half-built construction sites with massive holes in the ground, threatening the livelihoods of the many hundreds of workers the HTP employs, and delaying the completion of a badly needed public works project. ███████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████

GDC urgently needs this court's intervention to avoid the dire consequences of a long-term suspension or permanent abandonment of the HTP project. A swift decision finding that DOT is in breach and that GDC is entitled to damages in the undisputed amount of the unpaid reimbursements will permit GDC to restart work on the project, minimizing the serious harms that compound every day the project is shut down. And swift partial summary judgment with respect to current, unpaid reimbursements is possible because that issue requires no factual development: The terms of the agreement are clear, DOT has indisputably withheld its promised reimbursements, and DOT's stated bases for withholding the funds—as well as the procedures it has employed—violate the plain terms of the agreements.

GDC will therefore file its Motion for Partial Summary Judgment by February 6, 2026, and it proposes that DOT file its Response by February 17, 2026; GDC file its Reply by February 20, 2026; and the Court hold oral argument on or before February 24, 2026. GDC also respectfully requests a status conference on Tuesday, February 3, 2026, or at the Court's earliest convenience, to discuss this and any other case management issues necessary to enable the Court to promptly consider the merits of GDC's claims.

| | |
|---|---|
| Date: February 2, 2026 | Respectfully submitted, |

/s/ *Neal Kumar Katyal*
Neal Kumar Katyal
Colleen E. Roh Sinzdak
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
Email: nkatyal@milbank.com
Email: crohsinzdak@milbank.com
Telephone: (202) 835-7505

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Email: ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Email: jprairie@mayerbrown.com
Email: apincus@mayerbrown.com
Email: rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Email: gwhite@mayerbrown.com

*Counsel of Record for Gateway Development Commission*

* *Pro hac vice forthcoming*