IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>THE UNITED STATES,<br><br>        Defendant. | No. __26-176 C__ |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS, UNREDACTED MOTION FOR EXPEDITED BREIFING, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXPEDITED BRIEFING**

Pursuant to Rule 5.2(d) of the Rules of the United States Court of Federal Claims ("RCFC"), as well as Appendix E Section V.13 to the RCFC, Gateway Development Commission ("GDC") respectfully moves this Court to grant leave for GDC to file under seal the below-referenced exhibits to GDC's Complaint, as well as to file under seal Plaintiff's Motion for Expedited Briefing and memorandum of law in support of that motion (collectively, "Motion & Memorandum") and the declaration in support of that motion ("Declaration"). Pursuant to Rule 5.2(f), GDC intends to file a redacted version of the Motion & Memorandum on the public docket.

In support of this motion for leave to file under seal, GDC states as follows:

1. Exhibits 1, 3, 6, 7, 8, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 18-1, 18-2, 18-3, 18-4, 18-5, 18-6, 18-7, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 22-1, 22-2, 22-3, 22-4, 22-5, 22-6, 22-7, 22-8, 22-9, 22-10, 22-11, 22-12, 22-13, 22-14, 22-15, 22-16, 22-17, 22-18, 22-19, 22-20, 22-21, 22-22, 23-1, 23-2, 23-3, 23-4, 23-5, 23-6, 23-7, 23-8, 23-9, 23-10, 23-11, 23-12 ("Exhibits") contain GDC information that is proprietary and confidential. Specifically, exhibits 1, 3, 6, 7, and 8 are GDC's

agreements with the Federal Government and contain GDC's cost estimates for various stages of the Hudson Tunnel Project. The remaining Exhibits are GDC's reimbursement requests, which contain invoices from contractors and subcontractors and confidential financial information, as well as confidential identifying information of GDC's contractors, subcontractors, and those parties' employees.

2. There is good cause to seal the Exhibits because, if the information contained therein were disclosed publicly, it would prejudice GDC's ability to negotiate with its contractors and subcontractors. The public disclosure of the Exhibits could also compromise sensitive identifying information of non-parties to the litigation, including that of GDC's contractors, subcontractors, and those parties' employees.

3. The Motion & Memorandum and Declaration also contain GDC information that is confidential and which, if disclosed publicly, would prejudice GDC's ability to negotiate with its contractors and subcontractors, pending procurements and future procurements. As such, there is good cause to seal the unredacted Motion & Memorandum and Declaration.

4. Accordingly, GDC hereby moves the Court for leave to file under seal the Exhibits and the unredacted Motion & Memorandum and Declaration.

Date:  February 2, 2026                                    Respectfully submitted,

/s/ *Neal Kumar Katyal*
Neal Kumar Katyal
Colleen E. Roh Sinzdak
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
Email: nkatyal@milbank.com
Email: crohsinzdak@milbank.com
Telephone: (202) 835-7505

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Email: ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Email: jprairie@mayerbrown.com
Email: apincus@mayerbrown.com
Email: rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Email: gwhite@mayerbrown.com

*Counsel of Record for Gateway Development Commission*

* *Pro hac vice forthcoming*

3