IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 26-176C |
| | ) Judge Hertling |
| THE UNITED STATES, | ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Geoffrey M. Long_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Geoffrey M. Long
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/Geoffrey M. Long
Geoffrey M. Long
Assistant Director
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0159
Facsimile: (202) 353-0461
Email: Geoffrey.M.Long@usdoj.gov

Dated: February 3, 2026