# In the United States Court of Federal Claims

No. 26-176C
Filed: February 3, 2026

| | |
|---|---|
| **GATEWAY DEVELOPMENT COMMISSION,** | |
| *Plaintiff,* | |
| v. | |
| **UNITED STATES,** | |
| *Defendant.* | |

## ORDER

On February 3, 2026, the plaintiff filed sealed motion to expedite on (ECF 2). The defendant shall respond to the motion by **February 6, 2026**. The plaintiff shall file its reply to response by **February 9, 2026**.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
