IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>THE UNITED STATES,<br><br>   Defendant. | No. 26-176 C |

**PLAINTIFF'S MOTION TO FILE EXHIBITS TO
THE COMPLAINT BY ALTERNATIVE MEANS**

  In accordance with Rule 10(b) of Appendix E to the Rules of the United States Court of Federal Claims, the Gateway Development Commission ("Plaintiff") respectfully moves the Court for leave to file by alternative means the exhibits to the Complaint, Dkt. No. 1. In support of this motion, Plaintiff states as follows:

  1. On February 2, 2026, after the Court's business hours, Plaintiff filed, through the Court's Case Management / Electronic Case Files ("CM/ECF") system, the Complaint; Plaintiff's Motion for Expedited Briefing on Its Motion for Partial Summary Judgment (Counts I – VI), Dkt. No. 2, together with a supporting memorandum of law and declaration (collectively, "Motion to Expedite"); and Plaintiff's Motion to File Under Seal Exhibits, Unredacted Motion for Expedited Briefing, and Memorandum of Law in Support of Motion for Expedited Briefing ("Sealing Motion" and, together with the Complaint and Motion to Expedite, "Case-Opening Submissions"), Dkt. No. 5.

  2. Plaintiff twice attempted to submit via CM/ECF 85 individual files ("Exhibit Files") as Exhibits 1 through 24 to the Complaint. Each of the Exhibit Files was under 200 megabytes in size and otherwise complied with the Court's CM/ECF requirements. However,

presumably due to the aggregate size and volume of the Exhibit Files, Plaintiff was unable to complete the filing transaction. Accordingly, and given the exigent circumstances set forth in the Complaint and Motion to Expedite, Plaintiff excluded the Exhibit Files from the CM/ECF transaction and proceeded to file the Case-Opening Submissions.

3. On the morning of February 3, 2026, Plaintiff contacted the Clerk's Office and received guidance to submit this motion upon the docketing of this proceeding.

4. Accordingly, Plaintiff hereby moves the Court for leave to submit the Exhibit Files by alternative means. Given the logistical difficulty of submitting the Exhibit Files via CM/ECF, Plaintiff proposes to provide the Exhibit Files to the Court via Milbank LLP's secure file transfer site (for which undersigned counsel would provide Chambers access and download instructions) or flash drive. However, Plaintiff will proceed in accordance with the Court's preference and instruction.

5. To the extent the Court grants this motion, Plaintiff respectfully renews the request set forth in the Sealing Motion that the Court seal the Exhibit Files identified in paragraph 1 of that motion for the reasons set forth in paragraph 2 of that motion.

6. Counsel for Defendant has advised counsel for Plaintiff that Defendant does not oppose this motion. Plaintiff is separately providing the Exhibit Files to Defendant via secure file transfer.

Date: February 3, 2026                                              Respectfully submitted,


/s/ *Neal Kumar Katyal*
Neal Kumar Katyal
Colleen E. Roh Sinzdak
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
Email: nkatyal@milbank.com
Email: crohsinzdak@milbank.com
Telephone: (202) 835-7505

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Email: ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Email: jprairie@mayerbrown.com
Email: apincus@mayerbrown.com
Email: rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Email: gwhite@mayerbrown.com

*Counsel of Record for Gateway Development Commission*

* *Pro hac vice forthcoming*