# In the United States Court of Federal Claims

No. 26-176C
Filed: February 3, 2026

| |
|---|
| **GATEWAY DEVELOPMENT COMMISSION,** |
|       *Plaintiff,* |
| v. |
| **UNITED STATES,** |
|       *Defendant.* |

**ORDER**

The Court will hold an in-person status conference at the National Courts Building, 717 Madison Place NW, Washington, D.C., on **February 10, 2026, at 10:00 a.m. EST**.

It is so **ORDERED**.

                                              s/ Richard A. Hertling
                                              **Richard A. Hertling**
                                              **Judge**