| Exhibit | File Names |
|---|---|
| 1 | (Filed Under Seal) FTA GDC Full Funding Grant Agreement, Executed on July 8, 2024 |
| 2 | FTA Master Agreement, Dated May 2, 2024 |
| 3 | (Filed Under Seal) FSP Grant Agreement, Revision Date Feb. 14, 2024 |
| 4 | GDC FTA Raise Grant Agreement, Dated June 4, 2024 |
| 5 | DOT Raise Program Terms & Conditions, Revision Dated June 23, 2023 |
| 6 | (Filed Under Seal) RRIF Loan Agreement (New York), Dated July 8, 2024 |
| 7 | (Filed Under Seal) RRIF Loan Agreement (New Jersey), Dated July 8, 2024 |
| 8 | (Filed Under Seal) RRIF Loan Agreement (Port Authority), Dated July 8, 2024 |
| 9 | Russ Vought Tweet Regarding 18 Billion in Funding for Hudson Tunnel Project, Dated Oct. 1, 2025 |
| 10 | U.S. Department of Transportation Statement, Dated Oct. 1, 2025 |
| 11 | NJ.com Article Regarding NJ-NY Gateway Tunnel Funding Cut by Trump Administration Amid Shutdown |
| 12 | GDC Notice Letter Regarding Hudson Tunnel, Dated Sep. 30, 2025 |
| 13-1 | (Filed Under Seal) GDC Cover Memo, Form of Requisition & Reimbursement Supp. Memo, Dated Aug. 18, 2025 |
| 13-2 | (Filed Under Seal) Invoices for August 2025 Submission (1/4) |
| 13-3 | (Filed Under Seal) Invoices for August 2025 Submission (2/4) |
| 13-4 | (Filed Under Seal) Invoices for August 2025 Submission (3/4) |
| 13-5 | (Filed Under Seal) Invoices for August 2025 Submission (4/4) |
| 13-6 | (Filed Under Seal) Proofs of Payment for August 2025 Submission |
| 14-1 | (Filed Under Seal) GDC Cover Memo, Form of Requisition & Reimbursement Supp. Memo, Dated Sep. 29, 2025 |
| 14-2 | (Filed Under Seal) Invoices for September 2025 Submission (1/9) |
| 14-3 | (Filed Under Seal) Invoices for September 2025 Submission (2/9) |
| 14-4 | (Filed Under Seal) Invoices for September 2025 Submission (3/9) |
| 14-5 | (Filed Under Seal) Invoices for September 2025 Submission (4/9) |
| 14-6 | (Filed Under Seal) Invoices for September 2025 Submission (5/9) |
| 14-7 | (Filed Under Seal) Invoices for September 2025 Submission (6/9) |
| 14-8 | (Filed Under Seal) Invoices for September 2025 Submission (7/9) |
| 14-9 | (Filed Under Seal) Invoices for September 2025 Submission (8/9) |
| 14-10 | (Filed Under Seal) Invoices for September 2025 Submission (9/9) |
| 14-11 | (Filed Under Seal) Proofs of Payment for September 2025 Submission |
| 15 | Acknowledgement Letter Regarding FTA DBE Review, Dated Oct. 2, 2025 |

| | |
|---|---|
| 16 | GDC Information Request Letter, Dated Oct. 7, 2025 |
| 17 | GDC Letter to USDOT, Dated Oct. 21, 2025 |
| 18-1 | (Filed Under Seal) GDC Cover Memo, Form of Requisition & Reimbursement Supp. Memo, Dated Oct. 30, 2025 |
| 18-2 | (Filed Under Seal) Invoices for October 2025 Submission (1/13) |
| 18-3 | (Filed Under Seal) Invoices for October 2025 Submission (2/13) |
| 18-4 | (Filed Under Seal) Invoices for October 2025 Submission (3/13) |
| 18-5 | (Filed Under Seal) Invoices for October 2025 Submission (4/13) |
| 18-6 | (Filed Under Seal) Invoices for October 2025 Submission (5/13) |
| 18-7 | (Filed Under Seal) Invoices for October 2025 Submission (6/13) |
| 18-8 | (Filed Under Seal) Invoices for October 2025 Submission (7/13) |
| 18-9 | (Filed Under Seal) Invoices for October 2025 Submission (8/13) |
| 18-10 | (Filed Under Seal) Invoices for October 2025 Submission (9/13) |
| 18-11 | (Filed Under Seal) Invoices for October 2025 Submission (10/13) |
| 18-12 | (Filed Under Seal) Invoices for October 2025 Submission (11/13) |
| 18-13 | (Filed Under Seal) Invoices for October 2025 Submission (12/13) |
| 18-14 | (Filed Under Seal) Invoices for October 2025 Submission (13/13) |
| 18-15 | (Filed Under Seal) Proofs of Payment for October 2025 Submission |
| 19 | GDC Administrative Review Follow-up Letter, Dated Dec. 1, 2025 |
| 20 | GDC Letter to USDOT, Dated Dec. 8, 2025 |
| 21 | GDC Letter to USDOT, Dated Jan. 8, 2026 |
| 22-1 | (Filed Under Seal) GDC Cover Memo, Form of Requisition & Reimbursement Supp. Memo, Dated Nov. 25, 2025 |
| 22-2 | (Filed Under Seal) Invoices for November 2025 Submission (1/20) |
| 22-3 | (Filed Under Seal) Invoices for November 2025 Submission (2/20) |
| 22-4 | (Filed Under Seal) Invoices for November 2025 Submission (3/20) |
| 22-5 | (Filed Under Seal) Invoices for November 2025 Submission (4/20) |
| 22-6 | (Filed Under Seal) Invoices for November 2025 Submission (5/20) |
| 22-7 | (Filed Under Seal) Invoices for November 2025 Submission (6/20) |
| 22-8 | (Filed Under Seal) Invoices for November 2025 Submission (7/20) |
| 22-9 | (Filed Under Seal) Invoices for November 2025 Submission (8/20) |
| 22-10 | (Filed Under Seal) Invoices for November 2025 Submission (9/20) |
| 22-11 | (Filed Under Seal) Invoices for November 2025 Submission (10/20) |

| | |
|---|---|
| 22-12 | (Filed Under Seal) Invoices for November 2025 Submission (11/20) |
| 22-13 | (Filed Under Seal) Invoices for November 2025 Submission (12/20) |
| 22-14 | (Filed Under Seal) Invoices for November 2025 Submission (13/20) |
| 22-15 | (Filed Under Seal) Invoices for November 2025 Submission (14/20) |
| 22-16 | (Filed Under Seal) Invoices for November 2025 Submission (15/20) |
| 22-17 | (Filed Under Seal) Invoices for November 2025 Submission (16/20) |
| 22-18 | (Filed Under Seal) Invoices for November 2025 Submission (17/20) |
| 22-19 | (Filed Under Seal) Invoices for November 2025 Submission (18/20) |
| 22-20 | (Filed Under Seal) Invoices for November 2025 Submission (19/20) |
| 22-21 | (Filed Under Seal) Invoices for November 2025 Submission (20/20) |
| 22-22 | (Filed Under Seal) Proofs of Payments for November 2025 Submission |
| 23-1 | (Filed Under Seal) GDC Cover Memo, Form of Requisition & Reimbursement Supp. Memo, Dated Dec. 23, 2025 |
| 23-2 | (Filed Under Seal) Invoices for December 2025 Submission (1/10) |
| 23-3 | (Filed Under Seal) Segment 2 of 10 Invoices for December 2025 Submission (2/10) |
| 23-4 | (Filed Under Seal) Segment 3 of 10 Invoices for December 2025 Submission (3/10) |
| 23-5 | (Filed Under Seal) Segment 4 of 10 Invoices for December 2025 Submission (4/10) |
| 23-6 | (Filed Under Seal) Segment 5 of 10 Invoices for December 2025 Submission (5/10) |
| 23-7 | (Filed Under Seal) Segment 6 of 10 Invoices for December 2025 Submission (6/10) |
| 23-8 | (Filed Under Seal) Segment 7 of 10 Invoices for December 2025 Submission (7/10) |
| 23-9 | (Filed Under Seal) Segment 8 of 10 Invoices for December 2025 Submission (8/10) |
| 23-10 | (Filed Under Seal) Segment 9 of 10 Invoices for December 2025 Submission (9/10) |
| 23-11 | (Filed Under Seal) Segment 10 of 10 Invoices for December 2025 Submission (10/10) |
| 23-12 | (Filed Under Seal) Proofs of Payment for December 2025 Submission |
| 24 | GDC Board Meeting Deck, Dated Jan. 27, 2026 |