IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY DEVELOPMENT COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 26-176C<br>Judge Hertling |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO SEAL ITS RESPONSE TO PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING ON PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 5.2(d) of the Rules of the United States Court of Federal Claims (RCFC) and Appendix E Section V.13 to the RCFC, defendant, the United States, respectfully moves to seal its forthcoming response to the motion for expedited briefing on partial summary judgment, filed by plaintiff, Gateway Development Commission (GDC), ECF No. 2 (sealed version) & ECF No. 3 (public version). The response will be filed today, February 6, 2026. On February 6, 2026, counsel for GDC stated that GDC will not oppose this motion.

Good cause exists to grant this motion. On February 2, 2026, GDC moved to seal certain complaint exhibits, the unredacted version of motion for expedited briefing, the unredacted version of its memorandum of law in support of its motion, and the declaration in support. *See* ECF No. 5. GDC asserted to the Court that these filings contain confidential financial information and sensitive identifying information of non-parties that would cause harm to GDC and others if publicly disclosed. *Id*. This Court granted that motion in a docket entry, dated February 3, 2026.

In our response to GDC's motion to expedite, we quote and discuss information from GDC's filings that is currently under seal. Granting this motion to seal our response will preserve the confidentiality of the underlying information in GDC's previous filings.

To balance the interest in keeping confidential information under seal with the common-law right of public access to judicial records, *see Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978), counsel for the United States will confer with counsel for GDC on redactions. If this motion is granted, we will promptly file a public version of our response to GDC's motion.

## CONCLUSION

For these reasons, the Court should grant our unopposed motion to seal our response to GDC's motion to expedite briefing on its motion for partial summary judgment.[1]

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                                        /s/Geoffrey M. Long
                                        GEOFFREY M. LONG
                                        Assistant Director
                                        Commercial Litigation Branch
                                        Civil Division
                                        Department of Justice
                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington D.C.  20044
                                        Telephone: (202) 307-0159
                                        E-Mail: Geoffrey.M.Long@usdoj.gov

February 6, 2026                                        Attorneys for Defendant

---

[1] To the extent this motion has not been granted at the time we file our response, we will file the response under seal pending a decision from the Court on this motion.