**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>THE UNITED STATES,<br><br>        Defendant. | No. 26-176C<br><br>Judge Richard A. Hertling |

**DECLARATION OF CATHERINE A. RINALDI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (COUNTS I – VI)**

I, CATHERINE A. RINALDI, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Executive Vice President of the Gateway Development Commission ("GDC") and have served in that role since April 7, 2025. In that role, I am responsible for all essential administrative functions and am charged with developing and tracking metrics to ensure GDC achieves its strategic objectives, among other responsibilities. I also oversee GDC's compliance with regulations governing GDC's Disadvantaged Business Enterprise ("DBE") program.

2. I submit this declaration to provide information concerning GDC's compliance with federal regulations concerning the Department of Transportation's ("DOT") DBE program.

3. As a condition of the Hudson Tunnel Project's ("HTP") grant and loan agreements, GDC was required to comply with and develop a plan to implement DOT's DBE program.

4. GDC developed its initial DBE plan for the HTP in 2023.

5. To establish its program, GDC followed the requirements set forth in 49 C.F.R. Part 26 and federal guidance in effect at that time, including following the then-applicable methodology

for determining the overall participation goal for entities that had been certified as DBEs by a state Unified Certification Program. GDC itself is not a DBE certifying agency.

6. After GDC submitted its program plan for DOT review, DOT sent a letter to GDC dated January 31, 2024, indicating its review and acceptance of GDC's DBE goal-setting methodology.

7. In light of the October 3, 2025 Interim Final Rule regarding DOT's DBE program, GDC posted notice on its website dated October 3, 2025 informing proposers, contractors, and the public that no DBE goals would apply after that date.[1] Around the same time, GDC also revised pending procurements and issued directives to contractors that enforcement of DBE goals and DBE reporting were suspended.

8. Before September 30, 2025, DOT had never indicated any concerns about GDC's implementation of DOT's DBE requirements.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026.

_____
Catherine A. Rinaldi

---

[1] *Disadvantaged Business Enterprise (DBE) Program*, Gateway Program (Oct. 3. 2025), https://perma.cc/H5HD-AGP3.