IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 26-176C<br><br>Judge Richard A. Hertling |

**DECLARATION OF PATRICK J. MCCOY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (COUNTS I – VI)**

I, PATRICK J. MCCOY, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Chief Financial Officer for the Gateway Development Commission ("GDC") and have served in that role since April 16, 2024. In that role, I am in charge of the books and accounts of GDC, responsible for payments to and expenditures by GDC, and the performance of such other duties as may be assigned by the GDC Board of Commissioners or the Chief Executive Officer. I have custody of all funds and am responsible for investments of GDC, the deposit of all moneys, evidences of indebtedness and other value documents of GDC in the name and to the credit of GDC. I am authorized to sign financial instruments on behalf of GDC and am an authorized signatory for GDC with respect to any other documents incident to carrying out the Chief Financial Officer's responsibilities.

2. I submit this declaration to provide information concerning the Department of Transportation's ("DOT") and GDC's course of performance regarding reimbursement, and the potential impact of suspension or termination of funding to the Hudson Tunnel Project ("HTP").

1

3. The HTP is projected to cost approximately $16.04 billion. The project is funded primarily by DOT, which has made the following funding commitments to GDC:

   a. $6.88 billion under a Full Funding Grant Agreement with the Federal Transit Administration ("FTA") under the Capital Investments Program (the "FTA CIG Grant");

   b. $3.79 billion under a Grant Agreement with the Federal Railroad Administration ("FRA") under the Federal-State Partnership for Intercity Passenger Rail Program (the "FRA FSP Grant");

   c. $25 million under a Grant Agreement with FTA under the Rebuilding American Infrastructure with Sustainability and Equity Program (the "FTA RAISE Grant"); and

   d. a total of approximately $4.06 billion under three separate loan agreements with DOT under the Railroad Rehabilitation and Improvement Financing Program (the "RRIF Loan Agreements," and with the grants, the "HTP Grant and Loan Agreements").

4. The HTP Grant and Loan Agreements require DOT to pay GDC's reimbursement requests for eligible costs within 30 days of submission or, for the RRIF Loan Agreements, by the first business day of the month for which GDC has requested reimbursement.

5. In October 2024, GDC submitted a reimbursement request to DOT under the FTA CIG Grant Agreement. In November 2024, GDC submitted a reimbursement request to DOT under the FTA CIG and RAISE Grant Agreements. Since December 2024, GDC has submitted monthly reimbursement requests to DOT under each of the HTP Grant and Loan Agreements.

6. From December 2024, until October 1, 2025, DOT timely fulfilled all of GDC's reimbursement requests under the HTP Grant and Loan Agreements, except for the FTA CIG payment due October 1, 2025.

7. Before October 1, 2025, DOT had reimbursed GDC a total of $393,871,583.51, including:

   a. $130,188,624.86 under the FTA CIG Grant;

   b. $182,099,562.68 under the FRA FSP Grant;

   c. $14,234,841.99 under the FTA RAISE Grant; and

   d. $67,348,553.98 under the RRIF Loans, including approximately:

      i. $43,938,196.61 for the Port Authority of New York and New Jersey,

      ii. $19,254,951.63 for New York, and

      iii. $4,155,405.74 for New Jersey.

8. As it has done since October 2024, GDC timely submitted reimbursement requests under the HTP Grant and Loan Agreements on August 18, 2025, September 29, 2025, October 30, 2025, November 25, 2025, and December 23, 2025.

9. DOT paid in part GDC's August 2025 reimbursement request, and did not pay at all GDC's September, October, November, or December 2025 reimbursement requests.[1] DOT has still not paid the past-due amounts.

10. The funds withheld by DOT currently total $205,275,357.69.

11. Because of DOT's failure to pay, GDC has been forced to issue an order temporarily suspending work on the project, effective today, February 6, 2026.

---

[1] On January 30, 2026, GDC also submitted its January 2026 reimbursement request and payment will be due on March 2, 2026.

12. ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████


I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026.

                                                                    */s/ Patrick J. McCoy*
                                                                    Patrick J. McCoy