# In the United States Court of Federal Claims

No. 26-176C
Filed: February 10, 2026

---

**GATEWAY DEVELOPMENT COMMISSION,**

      *Plaintiff,*

v.

**UNITED STATES,**

      *Defendant.*

---

## SCHEDULING ORDER

The Court held an in-person status conference on January 27, 2026. Pursuant to the discussion held on the record therein and based on the parties briefing on the motion to expedite (ECF 2), the court sets the following schedule for the plaintiff's motion for partial summary judgment:

| | |
|---|---|
| **February 27, 2026** | Defendant to file its opposition brief; |
| **March 6, 2026** | Plaintiff to file its reply brief; and |
| **March 12, 2026** | Oral argument to be held **at 9:30 a.m. EST** at the National Courts Building, 717 Madison Place NW, Washington D.C. |

It is so **ORDERED**.

                                                            s/ Richard A. Hertling
                                                           **Richard A. Hertling**
                                                           **Judge**