# In the United States Court of Federal Claims

No. 26-176C
Filed: February 20, 2026

---

**GATEWAY DEVELOPMENT COMMISSION,**

    *Plaintiff,*

v.

**UNITED STATES,**

    *Defendant.*

---

### ORDER

The Court will hold an in-person status conference at the National Courts Building, 717 Madison Place NW, Washington, D.C., on **February 24, 2026, at 10:00 a.m. EST**.

It is so **ORDERED**.

                                                  s/ Richard A. Hertling
                                                  **Richard A. Hertling**
                                                  **Judge**