**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | No. 26-176C <br><br> Judge Richard A. Hertling |

**DECLRARATION OF PATRICK J. MCCOY IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND THE SCHEDULE AS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, PATRICK J. MCCOY, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Chief Financial Officer for the Gateway Development Commission ("GDC") and have served in that role since April 16, 2024. In that role, I am in charge of the books and accounts of GDC, responsible for payments to and expenditures by GDC, and the performance of such other duties as may be assigned by the GDC Board of Commissioners or the Chief Executive Officer. I have custody of all funds and am responsible for investments of GDC, the deposit of all moneys, evidences of indebtedness and other value documents of GDC in the name and to the credit of GDC. I am authorized to sign financial instruments on behalf of GDC and am an authorized signatory for GDC with respect to any other documents incident to carrying out the Chief Financial Officer's responsibilities.

2. I submit this declaration to provide information concerning disbursements by the Department of Transportation ("DOT") of past due funds and the impact of those disbursements on the Hudson Tunnel Project ("HTP").

3. Since February 12, 2026, DOT, through the Federal Transit Administration, Federal Railroad Administration ("FRA") and Build America Bureau, has disbursed $205,275,357.69 in past due reimbursement payments. In addition, FRA disbursed $30,477,545.41 of the $49,778,756.92 that GDC had requested through its January 30, 2026 reimbursement submission, for which payments are due on March 2, 2026.

4. Because of these disbursements, GDC informed the contractors constructing the Palisades Tunnel Project, Hudson River Ground Stabilization Project, and Manhattan Tunnel Project that the suspension was lifted and work should resume. However, GDC issued letters to other professional service contractors limiting the work to be performed due to the uncertainty of continued funding.

5. Given this continuing uncertainty over whether the government will attempt to claw back the disbursed funds and whether it will honor its future payment obligations if the TRO is lifted, GDC has deferred the award of contracts for the P3 NJ Surface Alignment Project and the P1C Hudson River Tunnel Project which include major expenditures necessary to continue the project on its established schedule.

6. As a result of the work suspension that was in place between February 6, 2026 and February 22, 2026, GDC has incurred millions of dollars in additional costs.

7. GDC has outstanding January 2026 reimbursement requests for $18,880,269 that will be due on March 2, 2026. And at the end of February 2026, GDC will submit a reimbursement

request that will be due April 1, 2026. GDC has no certainty as to whether those requests will be paid or whether DOT will breach again.

8. If DOT clawed back the money disbursed to GDC or refused to honor the pending reimbursement requests, GDC would be forced to suspend the HTP again. This would cost GDC further millions in costs and hundreds of workers their livelihoods.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2026.

_____
Patrick J. McCoy