IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 26-176C<br>Judge Hertling |

## DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report, following the status conference held by the Court on February 24, 2025. Defendant respectfully submits that its motion to amend the schedule (ECF No. 22) may be denied as moot, because defendant intends to respond to plaintiff's motion for partial summary judgment pursuant to the schedule currently in effect. *See* Scheduling Order, ECF No. 21.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

/s/Geoffrey M. Long
GEOFFREY M. LONG
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington D.C.  20044
Telephone: (202) 307-0159
E-Mail: Geoffrey.M.Long@usdoj.gov

February 25, 2026                                        Attorneys for Defendant