# In the United States Court of Federal Claims

No. 26-176C
Filed: February 25, 2026

|  |
|---|
| **GATEWAY DEVELOPMENT COMMISSION,**<br><br>   *Plaintiff,*<br><br>v.<br><br>**UNITED STATES,**<br><br>   *Defendant.* |

## ORDER

  On February 20, 2026, the defendant filed a motion to amend the expedited motion for partial summary judgment schedule (ECF 22).  On February 25, 2026, the defendant submitted a status report (ECF 25) indicating that it intended to adhere to the expedited schedule originally set.  As such, the defendant's motion to amend the schedule is **DENIED** as moot.

  It is so **ORDERED**.

                        s/ Richard A. Hertling
                        **Richard A. Hertling**
                        **Judge**