IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 26-176C |

**DECLARATION OF DEVIN URE**

I, Devin Ure, do hereby declare and state as follows:

1. I am the Deputy Assistant Secretary for Budget and Programs and Acting Chief Financial Officer ("CFO") within the United States Department of Transportation ("DOT"). The Office of the Chief Financial Officer provides sound budget development, performance review, financial management, and is responsible credit administration for DOT. As Acting CFO my responsibilities include directing the Department's budget formulation and execution, overseeing the Department's financial management, and I am responsible for agency-wide performance, evaluation, and risk management. I submit this declaration based on my personal knowledge and information available to me in my official capacity.

2. DOT, or a component thereof, has entered into several grant and loan agreements with the Gateway Development Commission ("GDC") to advance the Hudson Tunnel Project (the "Project").

3. On September 30, 2025, DOT paused reimbursements to GDC under the following agreements:

    a. Full Funding Grant Agreement No. NY-2024-015-00 with the Federal Transit Administration ("FTA") under the Capital Investment Grants Program in the amount of $6.88 billion (the "FTA CIG Grant"). A true and correct copy of this grant agreement is included as Exhibit 1.[1] The FTA CIG Grant incorporates by reference the FTA Master Agreement terms and conditions, dated May 2, 2024. A true and correct copy of the FTA Master Agreement is included as Exhibit 2.

    b. Grant Agreement No. NY-2024-014-00 with FTA under the Rebuilding American Infrastructure with Sustainability and Equity ("RAISE") Program in the amount of $25 million (the "FTA RAISE Grant"). A true and correct copy of this grant agreement is included as Exhibit 4. The FTA RAISE Program incorporates by reference the "General Terms and Conditions Under the Fiscal Year 2023 RAISE Program: FTA Projects, dated June 23, 2023. A true and correct copy of that document is included as Exhibit 5.

    c. Grant Agreement No. 69A36524420700FSPNY with the Federal Railroad Administration ("FRA") under the Federal-State Partnership for Intercity Passenger Rail Program in the amount of $3.79 billion (the "FRA FSP Grant"). A true and correct copy of this grant agreement is included as Exhibit 3.

    d. Three separate loan agreements with DOT under the Railroad Rehabilitation and Improvement Financing Program ("RRIF") in the amount of approximately $4.06 billion (the "RRIF Loans"). True and correct copies of these loan agreements are included as Exhibits 6-8.

4. On February 6, 2026, the District Court for the Southern District of New York enjoined DOT from implementing its September 30 suspension of federal disbursements to the HTP. On February 9, 2026, the District Court administratively stayed its order until 5:00 pm on Thursday, February 12, 2026.

5. After the District Court's order went back into effect, DOT processed GDC's reimbursement requests under the six agreements in the normal course of its payment operations. GDC received a total of $235,752,902.46 by February 18, 2026; this consisted of the full $205,275,357.05 (relating to reimbursement requests submitted from August 2025 through

---

[1] "Exhibit __" refers to exhibits to Plaintiff's Complaint, which were transmitted to the Court via flash drive (ECF Nos. 14, 14-1).

December 2025) that is the subject of GDC's summary judgment motion, as well as an additional $30,477,545.41 that was processed in the normal course of DOT's payment operations. Specifically:

    a. On February 13, 2026, DOT processed $30,207,203.36 in outstanding reimbursement requests for the three RRIF Loans and submitted the requests to the Department of the Treasury ("Treasury"). Treasury disbursed the full amount to GDC the same day.

    b. On February 13, 2026, DOT processed $66,542,104.00 in outstanding reimbursement requests for the FTA CIG Grant and submitted the requests to Treasury. Treasury disbursed the full amount to GDC on February 17, 2026.

    c. On February 13, 2026, DOT processed $2,279,166.00 in outstanding reimbursement requests for the FTA RAISE Grant and submitted the requests to Treasury. Treasury disbursed the full amount to GDC on February 17, 2026.

    d. On February 13, 2026, DOT processed $136,724,429.10 in outstanding reimbursement requests for the FRA FSP Grant. DOT submitted a request for $8,873,756.58 to Treasury on February 13, 2026, and it submitted a request for the remaining $127,850,672.52 to Treasury on February 17, 2026. Treasury disbursed $8,873,756.58 to GDC on February 17, 2026, and $127,850,672.52 to GDC on February 18, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of February 2026.

DEVIN LEE URE
2026.02.27
14:27:33 -05'00'

Devin Ure
Deputy Assistant Secretary for Budget and Programs and
Acting Chief Financial Officer
U.S. Department of Transportation
