# In the United States Court of Federal Claims

No. 26-176C

Filed: March 6, 2026

|  |
|---|
| **GATEWAY DEVELOPMENT COMMISSION,** *Plaintiff,* v. **UNITED STATES,** *Defendant.* |

### ORDER

The plaintiff has filed motions (ECF 33, ECF 34) to admit Graham White and Andrew Pincus *pro hac vice*. Rule 7.3 of the Rules of the Court of Federal Claims ("RCFC") requires any party filing a non-dispositive motion to confer with the opposing party and indicate in such motion the other party's position on the motion. RCFC 83.1(a)(2)(B) reflects that counsel seeking admission *pro hac vice* must file a "motion." Neither motion for *pro hac vice* admission complies with RCFC 7.3 by not indicating whether the plaintiff attempted to confer or what the defendant's position is on the motions. Accordingly, the Clerk shall **STRIKE** both motions (ECF 33, ECF 34). The plaintiff may refile the motions in compliance with RCFC 7.3.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**