**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES,<br><br>　　　　　Defendant. | No. 26-176 C<br><br>Hon. Richard A. Hertling |

**PLAINTIFF'S UNOPPOSED REQUEST FOR A PUBLIC LISTEN LINE
FOR ORAL ARGUMENT**

　　　　Plaintiff Gateway Development Commission ("GDC") respectfully requests that this Court establish a public listen line for oral argument in this matter set for Thursday, March 12, 2026, at 9:30 a.m. EST.  GDC makes this request because GDC officials and other interested individuals and entities are unable to attend the argument and wish to listen by telephone.  Moreover, a public line would facilitate access to interested members of the public and could potentially reduce stress on the Court's physical resources.

　　　　GDC respectfully suggests that a public line is appropriate even though the parties' filings have included confidential material submitted under seal.  The parties have conferred, and they do not intend to reference such material at the summary judgment hearing unless the Court specifically requests it.  If the Court does wish to discuss such material, GDC respectfully suggests that the Court might do so at the end of the argument, after terminating the public line and closing the courtroom to the public.

　　　　Undersigned counsel has consulted with counsel for the United States, and they do not oppose this request.

Date: March 10, 2026                                         Respectfully submitted,

/s/ *Neal Kumar Katyal*
Neal Kumar Katyal
Colleen E. Roh Sinzdak
Samantha K. Ilagan
Zois H. Manaris
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
Email: nkatyal@milbank.com
Email: crohsinzdak@milbank.com
Telephone: (202) 835-7505

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Email: ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Email: jprairie@mayerbrown.com
Email: apincus@mayerbrown.com
Email: rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Email: gwhite@mayerbrown.com

*Counsel of Record for Gateway Development Commission*

* *Admitted pro hac vice*