# In the United States Court of Federal Claims

No. 26-176C
Filed: March 10, 2026

| |
|---|
| **GATEWAY DEVELOPMENT COMMISSION,** |
|        *Plaintiff,* |
| v. |
| **UNITED STATES,** |
|        *Defendant*. |

## ORDER

On March 10, 2026, the plaintiff filed an unopposed motion (ECF 41) for a public telephonic listen line for the oral argument on March 12, 2026.  For good cause shown, the motion is **GRANTED**.  Further information regarding remote access to the audio of the proceeding, including connection information, will be circulated only to lead counsel for the plaintiff and to defense counsel.

It is so **ORDERED**.

                                                               s/ Richard A. Hertling
                                                               **Richard A. Hertling**
                                                               **Judge**