**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GATEWAY DEVELOPMENT COMMISSION, | |
| *Plaintiff,* | Case No. 26 Civ. 176 (RAH) |
| v. | |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

**NOTICE OF FILING OF NOTICE OF INDIRECTLY RELATED CASE**

Pursuant to Rule 40.2(b)(3) of the Rules of the United States Court of Federal Claims, Plaintiff the Metropolitan Transportation Authority hereby gives notice of the filing of a Notice of Indirectly Related Case in a case in the United States Court of Federal Claims, *Metropolitan Transportation Authority v. United States*, No. 26 Civ. 422.  A courtesy copy of the Notice is enclosed.

Dated: March 17, 2026
       New York, New York

Respectfully submitted,

Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Attorneys for Plaintiff*

**UNITED STATES COURT OF FEDERAL CLAIMS**

METROPOLITAN TRANSPORTATION
AUTHORITY,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

Case No. 26 Civ. 422

**<u>NOTICE OF INDIRECTLY RELATED CASE</u>**

Pursuant to Rule 40.2(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff the Metropolitan Transportation Authority hereby gives notice of an indirectly related case currently pending before this Court, *Gateway Development Commission v. United States*, No. 26 Civ. 176 (RAH) ("*GDC*"), over which Judge Richard A. Hertling is currently presiding.

*GDC* presents common issues of fact and law that were recently addressed in an opinion by Judge Hertling. *See GDC*, Memorandum Opinion (Fed. Cl. Mar. 12, 2026) (Hertling, J.), ECF 49 (slip op.). Both cases arise out of letters sent by U.S. Department of Transportation ("DOT") on September 30, 2025 announcing a suspension of federal funding for two large transit infrastructure projects in the New York City metropolitan region in connection with a new interim final rule ("IFR") pertaining to DOT's Disadvantaged Business Enterprise Program, and both cases seek redress for unpaid reimbursement requests withheld by DOT pending the completion of a compliance review in conjunction with that newly issued IFR. Both cases also involve the same defendant and substantially similar claims alleging that DOT failed to comply with the terms of a Full Funding Grant Agreement governing the procedure for the suspension of federal funding payments and seeking damages equal to the payments improperly withheld.

This notice will be filed in *GDC* and served on counsel of record therein.

Dated: March 17, 2026
New York, New York

Respectfully submitted,

Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Attorneys for Plaintiff*

3