**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GATEWAY DEVELOPMENT
COMMISSION,

    Plaintiff,

    v.          No. 26-176C

UNITED STATES,       Hon. Richard A. Hertling

    Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated March 12, 2026 (the "Order"), Dkt. No. 47, Plaintiff

Gateway Development Commission ("GDC" or "Plaintiff") and Defendant the United States

("Defendant," and, with Plaintiff, the "Parties") respectfully submit this joint status report as

follows.

**I.  IN-PERSON STATUS CONFERENCE**

The Parties have conferred and, due to scheduling conflicts for the Parties' counsel,

respectfully request that the in-person status conference the Court scheduled for March 24, 2026

at 10:00 a.m. EDT, *see* Dkt. No. 47, be rescheduled to between April 8, 2026, and April 10, 2026,

at a time convenient for the Court.

**II.  MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

The Parties do not intend to seek entry of partial final judgment for Counts I-VI under

RCFC 54(b) at this time.

**III.  PROPOSED SCHEDULING ORDER**

Pursuant to the Order, the Parties respectfully propose the following schedule.  The

proposed schedule reflects that Plaintiff intends to file an amended complaint that, among other

things, accounts for the factual developments since Plaintiff's initial complaint was filed. The proposed schedule then provides the requisite time for Defendant to respond to the amended complaint, and then calls for the parties to agree upon and submit a Joint Preliminary Status Report with proposed discovery deadlines that reflect the parties' assessment of their discovery needs in light of the amended complaint, answer, and initial disclosures, which will be served in the ordinary course, pursuant to Rule 26(a)(1)(C).

| | |
|---|---|
| Deadline for Plaintiff to Amend its Complaint under RCFC 15[1] | April 20, 2026 |
| Deadline for Defendant to Answer or Respond to the Amended Complaint | June 18, 2026 |
| Deadline For Parties To Submit Joint Preliminary Status Report | July 20, 2026 |

Dated:     March 19, 2026
          Washington, D.C.

Respectfully submitted,

/s/ *Neal Kumar Katyal*

Neal Kumar Katyal
Colleen E. Roh Sinzdak
Samantha K. Ilagan
Zois H. Manaris
MILBANK LLP
1101 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 835-7505
Email:  nkatyal@milbank.com
Email:  crohsinzdak@milbank.com
Email:  silagan@milbank.com
Email:  zmanaris@milbank.com

---

[1] Defendant consents to Plaintiff's request to amend its Complaint.  Defendant reserves the right to respond to the amended complaint with a motion pursuant to Rule 12.  Defendant states that it will determine whether such a motion is appropriate based upon the content of the amended complaint.

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5775
Email:  ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 20006
Telephone:  (202) 263-3000
Email:  jprairie@mayerbrown.com
Email:  apincus@mayerbrown.com
Email:  rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Email:  gwhite@mayerbrown.com

*Counsel for Gateway Development Commission*

* *Appearing pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

*/s/ Geoffrey M. Long*

GEOFFREY M. LONG
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Telephone:  (202) 307-0159
Email:  Geoffrey.M.Long@usdoj.gov

*Counsel for the United States*

- 4 -