# In the United States Court of Federal Claims

No. 26-176C
Filed: March 20, 2026

---

GATEWAY DEVELOPMENT
COMMISSION,

     *Plaintiff,*

v.

UNITED STATES,

     *Defendant.*

---

## ORDER

On March 19, 2026, the parties filed a joint status report (ECF 54) requesting the status conference set for March 24, 2026, be rescheduled.  As the parties have reached an agreement on a schedule for further proceedings, a status conference does not appear necessary.  Accordingly, the portion of the Order of March 12, 2026 (ECF 47), setting a status conference is **VACATED**. If either party desires a status conference, it may move to schedule one.  Otherwise, the schedule for further proceedings proposed by the parties is adopted, as follows:

| | |
|---|---|
| **April 20, 2026** | the plaintiff will file an amended complaint; |
| **June 18, 2026** | the defendant shall file its answer or response to the amended complaint; |
| **July 20, 2026** | the parties shall file a joint preliminary status report. |

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**