**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GATEWAY DEVELOPMENT
COMMISSION,

   Plaintiff,

  v.

THE UNITED STATES,

   Defendant.

No. 26-176C
Hon. Richard A. Hertling

**UNOPPOSED MOTION TO MODIFY SCHEDULE**

Pursuant to RCFC 16(b)(4), Plaintiff Gateway Development Commission ("GDC" or "Plaintiff") respectfully submits this unopposed motion to modify the schedule set in this Court's March 20, 2026 Order ("Scheduling Order"), Dkt. No. 55. The proposed modified schedule reflects that Plaintiff intends to file an amended complaint that, among other things, accounts for the factual developments since Plaintiff's initial complaint was filed, and Plaintiff needs more time than originally anticipated to collect the relevant information to populate its amended complaint. Plaintiff respectfully submits that its need for additional time constitutes good cause to modify the deadline in the Scheduling Order for Plaintiff to file its amended complaint.

Plaintiff respectfully submits, and Defendant does not oppose, that it is in the interests of justice and judicial economy to allow Plaintiff the additional time requested and to modify the schedule accordingly. The proposed modified schedule provides the requisite time for Defendant to respond to the amended complaint and calls for the Parties to agree upon and submit a Joint Preliminary Status Report with proposed discovery deadlines that reflect the Parties' assessment of their discovery needs in light of the amended complaint, answer, and initial disclosures, which will be served in the ordinary course, pursuant to RCFC 26(a)(1)(C).

- 1 -

Plaintiff respectfully proposes the following unopposed modified schedule:

| | |
|---|---|
| Deadline for Plaintiff to Amend its Complaint under RCFC 15[1] | June 5, 2026 |
| Deadline for Defendant to Answer or Respond to the Amended Complaint | August 4, 2026 |
| Deadline for Parties to Submit Joint Preliminary Status Report | September 3, 2026 |

Dated:      April 13, 2026

      Washington, D.C.

Respectfully submitted,

/s/ *Neal Kumar Katyal*

Neal Kumar Katyal
Colleen E. Roh Sinzdak
Samantha K. Ilagan
Zois H. Manaris
MILBANK LLP
1101 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 835-7505
Email:  nkatyal@milbank.com
Email:  crohsinzdak@milbank.com
Email:  silagan@milbank.com
Email:  zmanaris@milbank.com

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5775
Email:  ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 20006

---

[1] As previously noted, Defendant consents to Plaintiff's request to amend its Complaint. Defendant reserves the right to respond to the amended complaint with a motion pursuant to Rule 12.  Defendant states that it will determine whether such a motion is appropriate based upon the content of the amended complaint.

- 3 -

Telephone:  (202) 263-3000
Email:  jprairie@mayerbrown.com
Email:  apincus@mayerbrown.com
Email:  rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 506-2500
Email:  gwhite@mayerbrown.com

*Counsel for Gateway Development Commission*

\* *Appearing pro hac vice*