# In the United States Court of Federal Claims

No. 26-176C
Filed: April 14, 2026

|  |
|---|
| **GATEWAY DEVELOPMENT COMMISSION,**<br><br>    *Plaintiff,*<br><br>**v.**<br><br>**UNITED STATES,**<br><br>    *Defendant.* |

**ORDER**

On April 13, 2026, the plaintiff filed an unopposed motion (ECF 58) to modify the schedule set by the Order of March 20, 2026 (ECF 55).  For good cause shown, the motion is **GRANTED**.  The schedule for further proceedings proposed by the plaintiff is adopted, as follows:

| | |
|---|---|
| **June 5, 2026** | the plaintiff will file an amended complaint; |
| **August 4, 2026** | the defendant shall file its answer to the amended complaint; |
| **September 3, 2026** | the parties shall file a joint preliminary status report. |

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**