IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY DEVELOPMENT COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 26-176C Judge Hertling |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

To the Clerk:

In accordance with Rule 83.1(b)(3)(B), Joshua A. Mandlebaum enters his appearance and substitutes for Geoffrey M. Long as lead counsel for the United States. Service of all papers by opposing parties should be addressed as follows:

Joshua A. Mandlebaum
Senior Trial Counsel
Civil Division, Commercial Litigation Branch
United States Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
(202) 532-5409
Joshua.A.Mandlebaum@usdoj.gov

Additionally, and in accordance with Rule 83.1(b)(4), Geoffrey M. Long hereby withdraws as an attorney of record for the United States.

s/Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 532-5409
Joshua.A.Mandlebaum@usdoj.gov

s/ Geoffrey M. Long
GEOFFREY M. LONG
Assistant Director
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 307-0159
Geoffrey.M.Long@usdoj.gov

July 7, 2026