IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GATEWAY DEVELOPMENT ) 
COMMISSION, )
 )
　　　　Plaintiff, )
 )
　　v. )　　No. 26-176C
 )　　(Judge Hertling)
THE UNITED STATES, )
 )
　　　　Defendant. )

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 45-day extension of time, to and including September 18, 2026, within which to file our response to the amended complaint filed by plaintiff, Gateway Development Commission (GDC). Our response is currently due by August 4, 2025. ECF No. 59. This is our first request for an extension of time for this purpose. Counsel for GDC has authorized us to state that GDC does not oppose this motion.

The Government has been working on our response to GDC's amended complaint. However, undersigned counsel has responsibilities in other cases that have prevented, and will continue to prevent him from devoting the necessary attention to this matter by the current August 4, 2025 deadline.

In particular, undersigned counsel has been handling a recent bid protest, *Momentus Space, LLC v. United* States, No. 26-911C (Fed. Cl.). In that case, counsel filed a truncated administrative record on July 7, 2026. Counsel must file a combined motion to dismiss and opposition to plaintiff's motion for preliminary injunctive relief by July 24, 2026. Counsel must

then file a reply brief in support of the Government's motion to dismiss by July 31, 2026, and participate in a hearing on August 13, 2026.

During the same period, in *Metropolitan Transportation Authority v. United States*, No. 26-422C (Fed. Cl.), counsel filed the Government's answer on July 10, 2026. Counsel must coordinate with plaintiff to prepare the joint preliminary status report by July 24, 2026.

As soon as briefing is completed in the *Momentus* protest, counsel will have to turn to a military pay case, *Kerns v. United States*, No. 25-987C (Fed. Cl.). In *Kerns*, counsel must file a combined cross-motion for judgment on the administrative record and response to plaintiff's motion for judgment by September 4, 2026.

Counsel has also been working on discovery in a Contract Disputes Act case, *Herman Construction Group, Inc. v. United States*, No. 24-1275C (Fed. Cl.). On July 6, 2026, plaintiff served the Government with 22 requests for production of documents and 22 interrogatories.

Finally, counsel has been working to try to settle several cases alleging that the Emergency Low Income Housing Preservation Act of 1987 and the Housing and Community Development Act of 1992 breached plaintiffs' loan agreements with the Farmers Home Administration, United States Department of Agriculture, including (but not limited to) *Llano Square, Ltd. v. United States*, No. 20-2056C (Fed. Cl.); *Barbour Creek Apts. et al. v. United States*, No. 16-1396C (Fed. Cl.); *Elk River Manor Assocs. Ltd. P'ship v. United* States, No. 17-601C (Fed. Cl.); *Waldo Villas LTD v. United States*, No. 24-1151C (Fed. Cl.), *Iroquois Valley, L.P. v. United States*, No. 24-2106 (Fed. Cl.); *Cripe v. United States*, No. 24-1147C (Fed. Cl.); as well as dozens of unfiled claims with similar issues.

Thus, there is good cause for an extension. We expect that the requested 45-day extension of time, to and including September 18, 2026, will be sufficient time to finish our response to the

amended complaint.  For these reasons, we respectfully request that the Court grant this unopposed motion for a 45-day extension of time.

<div style="margin-left:50%">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY, JR.
Deputy Director

/s/ Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel.  (202) 532-5409
joshua.a.mandlebaum@usdoj.gov

</div>

July 20, 2026                    Attorneys for Defendant