IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY DEVELOPMENT COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 26-176C<br>(Judge Hertling) |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE THE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 46-day extension of time, to and including October 19, 2026, for the parties to file the joint preliminary status report (JPSR). The JPSR is currently due September 3, 2026. ECF No. 59. This is our first request for an extension of time for this purpose. Counsel for plaintiff, Gateway Development Commission, has authorized us to state that plaintiff does not oppose this motion.

We previously requested, and the Court granted, a 45-day extension of time to respond to the amended complaint, extending that deadline from August 4, 2026, to September 18, 2026. ECF No. 62; *see also* ECF No. 59. We neglected to request a commensurate extension for the JPSR. The Court's April 14, 2026 order scheduled the JPSR to be due 30 days after the answer, on September 3, 2026. *Id.*

In order to maintain the one-month period between the answer and the JPSR per the Court's prior schedule, ECF No. 59, we respectfully request a 46-day extension of the JPSR deadline, to and including October 19, 2026. That extension would make the JPSR due 31 days after the answer (which is now due September 18, 2026).

For these reasons, we respectfully request that the Court grant this unopposed motion for a 46-day extension of time for the parties to file the JPSR.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY, JR.
Deputy Director

/s/ Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 532-5409
joshua.a.mandlebaum@usdoj.gov

August 28, 2026

Attorneys for Defendant