IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY DEVELOPMENT COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-176C |
| | ) | (Judge Hertling) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## <u>JOINT MOTION TO STAY PROCEEDINGS</u>

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, Gateway Development Commission, and defendant, the United States, respectfully request the Court to stay proceedings in this case, including the Government's deadline to respond to the complaint by tomorrow, September 18, 2026.

The parties believe the remaining issues in this case are amenable to settlement, and would like to focus on settlement efforts at this time. The parties respectfully propose to file status reports every six months.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY, JR.
Deputy Director

<u>/s/ Joshua A. Mandlebaum</u>
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

<u>/s/ *Neal Kumar Katyal*</u>
Neal Kumar Katyal
Colleen E. Roh Sinzdak
Samantha K. Ilagan
Zois H. Manaris

MILBANK LLP
1101 New York Avenue NW
Washington, D.C. 20005
Email: nkatyal@milbank.com
Email: crohsinzdak@milbank.com
Email: silagan@milbank.com
Email: zmanaris@milbank.com
Telephone: (202) 835-7505

Gurbir S. Grewal
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Email: ggrewal@milbank.com

John R. Prairie
Andrew J. Pincus*
J. Ryan Frazee
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 20006
Email: jprairie@mayerbrown.com
Email: apincus@mayerbrown.com
Email: rfrazee@mayerbrown.com

Graham White*
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Email: gwhite@mayerbrown.com

*Counsel of Record for Gateway Development Commission*

* *Appearing pro hac vice*

U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 532-5409
joshua.a.mandlebaum@usdoj.gov

Attorneys for Defendant

September 17, 2026