# In the United States Court of Federal Claims

No. 26-176C
Filed: September 17, 2026

**GATEWAY DEVELOPMENT COMMISSION,**

***Plaintiff,***

**v.**

**UNITED STATES,**

***Defendant.***

## ORDER

The parties have jointly moved to stay further proceedings to allow them to explore a possible settlement. For good cause shown, the motion is **GRANTED**, and the case is **STAYED** pending further order of the Court. Although the parties propose to file status reports every six months, the Court will require an initial status report sooner than that. Accordingly, the parties shall file a joint status report by **December 18, 2026.**

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**